# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LOPEZ FRAUSTO,<br><br>                    Petitioner,<br><br>v.<br><br>JANAN CAVAGNOLO, ROB BONTA,<br><br>                    Respondents. | Case No. 19-cv-0544-BAS-LR<br><br>**ORDER**<br>**1. VACATING APPLICATION TO FILE A FIRST AMENDED PETITION (ECF No. 18)**<br>**2. LIFTING STAY (ECF No. 9),** |

Plaintiff applies to this Court, pursuant to Federal Rule of Civil Procedure ("Rule") 15(c), for leave to file a First Amended Petition for write of habeas corpus by a person in state custody. (ECF No. 18.) However, under Rule 15(a), a civil litigant may "amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Further, Rule 15 applies to habeas petitions "with the same force that it applies to all garden-variety civil cases." *Calderon v. United States Dist. Ct.*, 134 F.3d 981, 986 n.6 (9th Cir. 1998) *abrogated on other grounds by*, *Rhines v. Weber*, 544 U.S. 269 (2005)); *see also Keating v. Hood*, 191 F.3d 1053, 1067 (9th Cir. 1998) (applying Rule 15(a) to § 2254 habeas petitions). As Respondents have yet to file a responsive pleading, Petitioner may file an amended pleading as a matter of right and does not need the Court's leave to do so. Accordingly, Petitioner's Motion to File a First Amended Petition is **VACATED** as moot. (ECF No. 18.)

Finally, upon learning that Petitioner has exhausted his claims in state court (ECF No. 18-1 ¶ 10), the Court *sua sponte* **LIFTS THE STAY** of this proceeding (ECF No. 9).

**IT IS SO ORDERED.**

DATED: July 2, 2025

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**