# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LOPEZ FRAUSTO,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY NDOH; XAVIER BECERRA,<br><br>Respondents. | Case No. 19-cv-0544-BAS-LR<br><br>**ORDER GRANTING CERTIFICATE OF APPEALABILITY (ECF No. 38)** |

Presently before the Court is Petitioner's request for a certificate of appealability from the denial of his first amended petition for Writ of Habeas Corpus ("petition"); specifically, Petitioner seeks to appeal the juror misconduct claim. (ECF No. 38.) For the following reasons, the Court **GRANTS** the certificate.

## I.     BACKGROUND

Petitioner Edgar Lopez Frausto, a state prisoner, filed a petition in district court pursuant to 28 U.S.C. § 2254. (ECF No. 20.) Magistrate Judge Lupe Rodriguez, Jr. issued a Report and Recommendation ("R&R") recommending denial of the petition. (ECF No. 34.) Petitioner filed an objection to the R&R, to which the state government did not

- 1 -

19cv0544

respond. (ECF No. 35.) The Court adopted the R&R. (ECF Nos. 36, 37.) Now, Petitioner seeks to appeal the denial of federal habeas relief. (ECF Nos. 39, 40.)

## II.   DISCUSSION

A petitioner may not appeal "the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court" unless "a circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1)(A). "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see Buck v. Davis*, 580 U.S. 100, 115 (2017) ("At the [certificate of appealability] stage, the only question is whether the applicant has shown that 'jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (quotation omitted)).

Here, Petitioner only seeks a certificate for his juror misconduct claim. Upon review, the Court finds that a certificate is appropriate; jurists of reason could disagree with the district court's determination, and the issues presented are not frivolous. *See Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) ("[T]he [certificate of appealability] requirement constitutes a gatekeeping mechanism that prevents [the Ninth Circuit] from devoting judicial resources on frivolous issues while at the same time affording habeas petitioners an opportunity to persuade [the Ninth Circuit] through full briefing and argument of the potential merit of issues that may appear, at first glance, to lack merit.").

19cv0544

## III.   CONCLUSION

Accordingly, the Court **GRANTS** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

DATED: April 2, 2026

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

19cv0544